NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DICAM, INC.,**
*Plaintiff-Appellant,*

v.

**CELLCO PARTNERSHIP (DOING BUSINESS AS VERIZON WIRELESS),**
*Defendant-Appellee,*

and

**AT&T MOBILITY LLC (FORMERLY KNOWN AS CINGULAR WIRELESS, LLC), SPRINT SPECTRUM, LP, AND NEXTEL OPERATIONS, INC.,**
*Defendants-Appellees,*

and

**PERSONAL COMMUNICATIONS DEVICES, LLC (FORMERLY KNOWN AS UTSTARCOM),**
*Defendant-Appellee,*

and

**PALM, INC.,**
*Defendant-Appellee.*

---

2011-1034

---

Appeal from the United States District Court for the Western District of Virginia in case no. 08-CV-0053, Judge James C. Turk.

---

## ON MOTION

---

## O R D E R

Upon consideration of the joint motion to voluntarily dismiss this appeal without prejudice.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

FOR THE COURT

**MAY 16 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael T. Cooke, Esq.
     David L. Witcoff, Esq.
     Brian C. Riopelle, Esq.
     Mark V. Campagna, Esq.
     David C. Doyle, Esq.
     Thomas R. DeSimone, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAY 16 2011**

**JAN HORBALY
CLERK**

ISSUED AS A MANDATE:  **MAY 16 2011**